JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
Raymond Scheeler ;
**County of Residence:** Boone County

### Defendant(s):
First Listed Defendant:
Boone County Sheriff's Office ;
**County of Residence:** Boone County

**County Where Claim For Relief Arose:** Boone County

### Plaintiff's Attorney(s):
Anthony Meyer (Raymond Scheeler)
Meyer Moody LLC
103 Ripley Street
Columbia, Missouri 65201
**Phone:** 573-860-0342
**Fax:**
**Email:** tony@meyermoodyllc.com

Brian Moody (Raymond Scheeler)
Meyer Moody LLC
1909 E Bennett St., Suite 113
Springfield, Missouri 65804
**Phone:** 417-496-4299
**Fax:**
**Email:** brian@meyermoodyllc.com

### Defendant's Attorney(s):
Jack Fleming ( Boone County Sheriff's Office)
VESSELL BRIDGES MURPHY LAW OFFICES
3901 S. Providence Road, Suite D
Columbia, Missouri 65203
**Phone:** 573-777-4488
**Fax:** 573-777-4489
**Email:** jack.fleming@vbmlaw.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** N/A
  **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 445 Americans With Disabilities Act - Employement

**Cause of Action:** Americans with Disabilities Act of 1990 as Amended; Family and Medical Leave Act

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Anthony J. Meyer

**Date:** 02/11/2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.